

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:17-MJ-00964-DUTY |
| Plaintiff, | |
| v. | ORDER OF DETENTION AFTER HEARING |
| BOUBAKAR DIALLO, | |
| Defendant. | [Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C. 3143(a)] |

The defendant having been arrested in the Central District of California pursuant to a warrant issued by the United States District Court for the Eastern District of Pennsylvania for alleged violation of the terms and conditions of the defendant's supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

\\
\\
\\

1

A. (X) The defendant has not met the defendant's burden of establishing by clear and convincing evidence that the defendant is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on defendant's submission and failure to proffer any evidence to meet the defendant's burden on this issue and defendant's history of failures to appear;

and

B. (X) The defendant has not met the defendant's burden of establishing by clear and convincing evidence that the defendant is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the defendant's submission and failure to proffer any evidence to meet the defendant's burden on this issue and his criminal history.

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

DATED: May 1, 2017

KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE